No. 83–6856.   BLAND *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 83–6875.   DELANEY *v.* MAGGIO, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–6899.   WIEDEMER *v.* RICKETTS ET AL.   C. A. 10th Cir. Certiorari denied.

No. 83–6935.   FERREIRA *v.* FAIR, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTIONS.   C. A. 1st Cir.   Certiorari denied.

No. 83–6981.   CALDWELL *v.* GARRISON, WARDEN, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 83–6997.   WITHERSPOON, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND OF GAINES ET AL. *v.* CORDIER ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–7024.   FOUCHA *v.* MAGGIO, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 84–30.   COPELIN *v.* ALASKA.   Ct. App. Alaska.   Certiorari denied.

No. 84–112.   ARONSON ET AL. *v.* SERVUS RUBBER DIVISION OF CHROMALLOY AMERICAN CORPORATION EMPLOYEES' PROFIT SHARING PLAN ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 84–141.   YARBROUGH ET AL. *v.* SMALL BUSINESS ADMINISTRATION.   C. A. 3d Cir.   Certiorari denied.

No. 84–145.   KRIEGER *v.* NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.

No. 84–215.   MULTI-STATE COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir. Certiorari denied.